UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BERTMAN WHERRY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:17-CV-411-D** |
| ) | |
| FMC-NEW HOPE, Dialysis Center, ) | |
| FMC-RALEIGH DIALYSIS CENTER, ) | |
| DA VITA WAKE FOREST DIALYSIS ) | |
| CENTER, ATANA COLLINS, RN, BSN, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Wherry's application to proceed in forma pauperis [D.E. 1] is GRANTED, and Wherry's complaint is DISMISSED as frivolous.

**This Judgment Filed and Entered on January 19, 2018, and Copies To:**

Bertman Wherry                                   (Sent to 409 Tarheel Ln. Kernersville, NC
                                                 27284 via US Mail)

DATE:                                            PETER A. MOORE, JR., CLERK

January 19, 2018                                 (By) /s/ Nicole Briggeman
                                                  Deputy Clerk